# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
       v.
**BILLY TURNER**

No. **CR 03-02255-001-TUC-RCC(CRP)**

USM#: 93696-008

**JUDGMENT AND COMMITMENT
REVOCATION OF SUPERVISED RELEASE**

Rubin Salter Jr., (Appointed)
Attorney for Defendant

On 3/26/04 the defendant, present with counsel, appeared for sentencing for violating, Title 8, U.S.C. §1324(a)(1)(A)(ii) and (a)(1)(B)(i), Transportation of Illegal Aliens, a Class C Felony offense, as charged in the Information filed herein.

The defendant was sentenced to a term of **TWENTY FOUR (24) MONTHS** imprisonment and upon release, **THIRTY SIX (36) MONTHS** of supervised release to follow.

On 1/17/07 the United States Attorney filed a petition to revoke the term of supervised release.

On 1/29/07 the defendant appeared with counsel and admitted allegation(s) B as reflected in the petition to revoke filed in this matter.  The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 3/26/04 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **NINE (9) MONTHS**, with a term of **FIFTEEN (15) MONTHS** supervised release to follow.

In addition to the standard conditions of supervision, the defendant shall also comply with the following special conditions:
1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse.  You shall contribute to the cost of treatment in an amount to be determined by the probation officer.
2. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.
3. You shall provide the probation officer access to any requested financial information.
4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**IT IS FURTHER ORDERED**  that all remaining allegation(s) are dismissed.

The Court orders commitment to the custody of the Bureau of Prisons

The defendant previously waived the right to appeal.

March 1, 2007
Date of Imposition of Sentence

DATED this 1st day of March, 2007.

_____
Raner C. Collins
United States District Judge

CR 03-02255-001-TUC-RCC(CRP) - TURNER